| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**ACP Holding Company** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**25-1618281** | | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2121 Brooks Avenue, Neenah, WI 54956** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | | |

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s)  ☐ Railroad<br>■ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other | | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1126(c) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors  1-15 ■  16-49 ☐  50-99 ☐  100-199 ☐  200-999 ☐  1,000-over ☐

Estimated Assets
$0 to $50,000 ■  $50,001 to $100,000 ☐  $100,001 to $500,000 ☐  $500,001 to $1 million ☐  $1,000,001 to $50 million ☐  $50,000,001 to $100 million ☐  More than $100 million ☐

Estimated Debts
$0 to $50,000 ☐  $50,001 to $100,000 ☐  $100,001 to $500,000 ☐  $500,001 to $1 million ☐  $1,000,001 to $50 million ■  $50,000,001 to $100 million ☐  More than $100 million ☐

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): ACP Holding Company |
|---|---|
| | FORM B1, Page 2 |

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

| Name of Debtor: See Exhibit 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United states code, and have explained the relief available under each such chapter.<br><br>X_____  _____<br>Signature of Attorney for Debtor(s)    Date |
| | **Exhibit C**<br>Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition<br>■ No |
| Signature of Attorney<br><br>X_/s/ Laura Davis Jones_<br>Signature of Attorney for Debtor(s)<br><br>Laura Davis Jones<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100 Facsimile: 302-652-4400<br><br>and<br><br>James H.M. Sprayregen, P.C.<br>James W. Kapp III<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br><br>_8/5/03_<br>Date | Signature of Debtor (Corporation/Partnership)<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_/s/ Gary W. LaChey_<br>Signature of Authorized Individual<br><br>Gary W. LaChey<br>Printed Name of Authorized Individual<br><br>Vice President – Finance, Treasurer, Secretary and Chief Financial Officer<br>Title of Authorized Individual<br><br>_8/5/03_<br>Date |

# Exhibit 1

## List of Filing Entities

ACP Holding Company
NFC Castings, Inc.
Neenah Foundry Company
Cast Alloys, Inc.
Neenah Transport, Inc.
Advanced Cast Products, Inc.
Gregg Industries, Inc.
Mercer Forge Corporation
Deeter Foundry, Inc.
Dalton Corporation
Belcher Corporation
Peerless Corporation
A&M Specialties, Inc.
Dalton Corporation, Warsaw Manufacturing Facility
Dalton Corporation, Ashland Manufacturing Facility
Dalton Corporation, Kendallville Manufacturing Facility
Dalton Corporation, Stryker Machining Facility